# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2801 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 153 DB 2021 |
| | : | |
| v. | : | Attorney Registration No. 307965 |
| | : | |
| | : | (Lycoming County) |
| TODD JOSEPH LETA, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this of 4th day of August, 2023, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Todd Joseph Leta is suspended on consent from the Bar of this Commonwealth for a period of one year and one day. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).